**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Baker Hughes, a GE company

Appellate case number:   01-22-00199-CV

Trial court case number: 2020-40839

Trial court:             334th District Court of Harris County

Relator, Baker Hughes, has filed a petition for writ of mandamus challenging the trial court's order denying relator's motion to compel arbitration. On April 27, 2022, relator filed a supplemental authority letter regarding the Texas Supreme Court's April 22, 2022 decision in *In re Whataburger Restaurants LLC, No. 21-0165*. The court requests that real party in interest file a response to both the mandamus petition and the supplemental authority letter by no later than **June 16, 2022**.

Relator also filed its supplemental authority letter in an earlier original proceeding (case no. 21-00137-CV) in which we denied a prior related mandamus petition on February 24, 2022 and in which relator has a pending motion for reconsideration. A response is not requested in the earlier original proceeding and Relator's motion for reconsideration remains pending.

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
                          Acting individually


Date: ___May 19, 2022___